No. 85–1057.   OTARI CORP. *v.* KING INSTRUMENT CORP. C. A. Fed. Cir.   Certiorari denied.

No. 85–1059.   DOE *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 85–1060.   RAYTHEON CO. *v.* CVD, INC., ET AL.   C. A. 1st Cir.   Certiorari denied.

No. 85–1062.   HORNBUCKLE *v.* ARCO OIL & GAS CO.   C. A. 5th Cir.   Certiorari denied.

No. 85–1068.   DEMJANJUK *v.* PETROVSKY, WARDEN, ET AL. C. A. 6th Cir.   Certiorari denied.

No. 85–1069.   COE *v.* COE.   C. A. 3d Cir.   Certiorari denied.

No. 85–1070.   JONES ET AL. *v.* THORNE; and
No. 85–5961.   THORNE ET UX. *v.* JONES ET AL.   C. A. 5th Cir. Certiorari denied.   Reported below: 765 F. 2d 1270.

No. 85–1072.   ANGEL *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO (RENN, REAL PARTY IN INTEREST).   Ct. App. Cal., 4th App. Dist.   Certiorari denied.

No. 85–1073.   BLUE BELL, INC. *v.* WILHELM ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 85–1075.   DANIEL *v.* SECURITY PACIFIC NATIONAL BANK ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 85–1076.   LYONS, GUARDIAN OF THE PERSON AND ESTATE OF WHITTINGTON, A MINOR *v.* BUTE, CONSERVATOR OF THE ESTATE OF WHITTINGTON, ET AL.   Sup. Ct. Ill.   Certiorari denied.

No. 85–1078.   BERNSTEIN *v.* PORTLAND SAVINGS & LOAN ASSN.   Ct. App. Tex., 13th Sup. Jud. Dist.   Certiorari denied.

No. 85–1086.   RODRIGUEZ *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.